# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY FIGUEROA,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF SAN BERNARDINO SHERIFF'S DEPT., *et al.*,<br><br>          Defendants. | Case No. ED CV 13-0028 PSG (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted.
2. Judgment be entered dismissing this action without prejudice.
3. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: August 28, 2013           _____

                                 HON. PHILIP S. GUTIERREZ
                                 UNITED STATES DISTRICT JUDGE