# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY FIGUEROA, | Case No. ED CV 13-0028 PSG (JCG) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF SAN BERNARDINO SHERIFF'S DEPT., *et al.*, | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: August 28, 2013     _____

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE