# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY FIGUEROA, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO SHERIFF'S DEPT., *et al.*, <br><br> Defendants. | Case No. ED CV 13-0028 PSG (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: August 28, 2013  _____

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE